IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANTONIO E. RIVERA-RÍOS.,**<br><br>    **Plaintiff,**<br><br>                **v.**<br><br>**R.G. ENGINEERING, INC., ET AL.,**<br><br>    **Defendants.** | **CIVIL NO.  20-1733 (PAD)** |

## JUDGMENT

In accordance with the Order issued today (Docket No. 60), judgment is hereby entered dismissing this case with prejudice.

This case is now closed for statistical purposes

**SO ORDERED.**

In San Juan, Puerto Rico, this 22nd day of May, 2023.

s/Pedro A. Delgado-Hernández<br>
PEDRO A. DELGADO-HERNÁNDEZ<br>
United States District Judge